IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MARQUEZ MILLER, Individually and on
Behalf of All Others Similarly Situated                             PLAINTIFF

v.                           No. 4:22-cv-722-DPM

RAZORS EDGE PIZZA, INCORPORATED                       DEFENDANT

### ORDER

Marquez Miller has worked as a delivery driver for Razors Edge Pizza since April 2022. He worked a "dual job," meaning he delivered food to customers and worked inside the store. He says that he was not properly paid for the time he spent delivering food because he was not sufficiently reimbursed for mileage expenses. The parties have moved to conditionally certify a collective action. *Doc. 22*. The Court agrees that certain Razors Edge Pizza employees were subject to a common wage policy and are similarly situated. *Smith v. Frac Tech Services, LLC*, 2009 WL 4251017 (E.D. Ark. 24 November 2009). The Court therefore conditionally certifies the following group:

> All hourly paid employees who worked as delivery drivers and were paid at least $50.00 in mileage reimbursements while employed by Razors Edge Pizza, Incorporated since 12 August 2019.

The Court directs Razors Edge Pizza to provide Miller's counsel an electronic spreadsheet containing a list of the names and last known mailing addresses of group members.

The proposed notice, consent forms, and reminder post cards are approved. *Doc. 22-1, 22-2 & 22-3*. Here is the schedule.

- Razors Edge Pizza produces spreadsheet by 19 May 2023
- Notice period opens 26 May 2023
- Deadline to mail thirty-day reminder postcards is 26 June 2023
- Opt-in period closes 19 July 2023

*  *  *

Joint motion, *Doc. 22*, granted. Motion, *Doc. 7*, denied as moot. So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

2 May 2023