IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MARQUEZ MILLER, Individually and on**     **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.     No. 4:22-cv-722-DPM

**RAZORS EDGE PIZZA, INCORPORATED**     **DEFENDANT**

## JOINT STATUS REPORT

Plaintiffs Marquez Miller, individually and on behalf of all others similarly situated, and Defendant Razors Edge Pizza, Incorporated, by and through their respective undersigned counsel, and submit the following Joint Status Report in compliance with the Court's Final Scheduling Order, ECF No. 19.

1. On 2 May 2023, the Court granted the parties Joint Motion for Conditional Certification and Notice to Class Members. *Doc. 22*. Among other things, the Court set a schedule for mailing notice and consent forms and a deadline to file opt-in consent forms. *Doc. 23*. Per the Order, the notice period opens 26 May 2023 and the opt-in period closes 19 July 2023.

2. Discovery ends on the named-plaintiff's claims and the collective-action issues on 12 May 2023.

3. The Parties have not engaged in settlement discussions at this time. The Parties will reassess the possibility of settlement after the close of the current opt-in period.

4. In light of the current notice and opt-in period deadlines, the parties

respectfully request that the Court issue an Amended Final Scheduling Order—Collective Action extending all current deadlines, including the discovery deadline, by 180 days. Given the current trial date is 12 February 2024, the parties do not believe an extension of the current deadlines will interfere with the trial date.

    Respectfully submitted,

    **MARQUEZ MILLER, Individually and on Behalf of All Others Similarly Situated, PLAINTIFF**

    SANFORD LAW FIRM, PLLC
    Kirkpatrick Plaza
    10800 Financial Centre Pkwy, Suite 510
    Little Rock, Arkansas 72211
    Telephone: (800) 615-4946
    Facsimile: (888) 787-2040

    Sean Short
    Ark. Bar No. 2015079
    sean@sanfordlawfirm.com

    */s/ Josh Sanford*
    Josh Sanford
    Ark. Bar No. 2001037
    josh@sanfordlawfirm.com

and     **DEFENDANT RAZORS EDGE PIZZA, INCORPORATED**

    WRIGHT, LINDSEY & JENNINGS LLP
    200 West Capitol Avenue, Suite 2300
    Little Rock, Arkansas 72201
    Telephone: (501) 371-0808
    Facsimile: (501) 376-9442

    */s/ Jane A. Kim*
    Jane A. Kim
    Ark. Bar No. 2007160
    jkim@wlj.com