IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MARQUEZ MILLER, Individually and on
Behalf of All Others Similarly Situated                               PLAINTIFF

vs.                    No. 4:22-cv-00722-DPM

RAZORS EDGE PIZZA, INCORPORATED                                       DEFENDANT

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as a Delivery Driver by Razors Edge Pizza, Incorporated on or after August 12, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_Andrew D Atha_
SIGNATURE

Andrew Atha
PRINTED NAME

Date: 18 JUNE, 2023



Josh Sanford, Esq.
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (888) 615-4946
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

**IMPORTANT: RETURN FOR FILING BEFORE 19 JULY 2023**

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MARQUEZ MILLER, Individually and on
Behalf of All Others Similarly Situated                                    PLAINTIFF

vs.                            No. 4:22-cv-00722-DPM

RAZORS EDGE PIZZA, INCORPORATED                                 DEFENDANT

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as a Delivery Driver by Razors Edge Pizza, Incorporated on or after August 12, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_Gene Leslie Hanchey_
SIGNATURE

Gene Hanchey
PRINTED NAME

Date: 6/15, 2023

Josh Sanford, Esq.
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (888) 615-4946**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**

**IMPORTANT: RETURN FOR FILING BEFORE 19 JULY 2023**

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MARQUEZ MILLER, Individually and on
Behalf of All Others Similarly Situated                                              PLAINTIFF

vs.                              No. 4:22-cv-00722-DPM

RAZORS EDGE PIZZA, INCORPORATED                                                DEFENDANT

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as a Delivery Driver by Razors Edge Pizza, Incorporated on or after August 12, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_____
SIGNATURE

Davis Ross
PRINTED NAME

Date: 6 - 18 , 2023

Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (888) 615-4946
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

**IMPORTANT: RETURN FOR FILING BEFORE 19 JULY 2023**