IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MARQUEZ MILLER, Individually and on Behalf of All Others Similarly Situated**　　　　　　**PLAINTIFF**

vs.　　　　　　No. 4:22-cv-00722-DPM

**RAZORS EDGE PIZZA, INCORPORATED**　　　　　　**DEFENDANT**

### CONSENT TO JOIN COLLECTIVE ACTION

I was employed as a Delivery Driver by Razors Edge Pizza, Incorporated on or after August 12, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_____
SIGNATURE

Shanika Bailey
PRINTED NAME

Date: U, 27, _____, 2023



Josh Sanford, Esq.
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (888) 615-4946**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**

**IMPORTANT: RETURN FOR FILING BEFORE 19 JULY 2023**

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MARQUEZ MILLER, Individually and on Behalf of All Others Similarly Situated**                              **PLAINTIFF**

vs.                                No. 4:22-cv-00722-DPM

**RAZORS EDGE PIZZA, INCORPORATED**                              **DEFENDANT**

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as a Delivery Driver by Razors Edge Pizza, Incorporated on or after August 12, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

*Jessie Evans*
SIGNATURE

Jessie Evans
PRINTED NAME

Date: 7/1/2023 , 2023



Josh Sanford, Esq.
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (888) 615-4946**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**

**IMPORTANT: RETURN FOR FILING BEFORE 19 JULY 2023**