IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MARQUEZ MILLER, Individually and on**     **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.     No. 4:22-cv-00722-DPM

**RAZORS EDGE PIZZA, INCORPORATED**     **DEFENDANT**

### CONSENT TO JOIN COLLECTIVE ACTION

     I was employed as a Delivery Driver by Razors Edge Pizza, Incorporated on or after August 12, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_____
SIGNATURE

<u>Sean Patrick Lynn</u>
PRINTED NAME

Date: 07 / 07 / 2023

Josh Sanford, Esq.
**SANFORD LAW FIRM, PLLC**
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (888) 615-4946
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

**IMPORTANT: RETURN FOR FILING BEFORE 19 JULY 2023**