IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MARQUEZ MILLER, Individually and on
Behalf of All Others Similarly Situated                                    PLAINTIFF

vs.                         No. 4:22-cv-00722-DPM

RAZORS EDGE PIZZA, INCORPORATED                              DEFENDANT

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as a Delivery Driver by Razors Edge Pizza, Incorporated on or after August 12, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

*Michael Alexander*
SIGNATURE

Michael Alexander
PRINTED NAME

Date: July 6, 2023



Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (888) 615-4946
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

**IMPORTANT: RETURN FOR FILING BEFORE 19 JULY 2023**

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

LITTLE ROCK AR 720
17 JUL 2023 PM 4 L

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL    PERMIT NO. 259    LITTLE ROCK, AR

POSTAGE WILL BE PAID BY ADDRESSEE

**SANFORD LAW FIRM PLLC**
10800 FINANCIAL CENTRE PKWY STE 510
LITTLE ROCK AR 72211-9955