IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MARQUEZ MILLER, Individually and on**                                                 **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.                                 No. 4:22-cv-722-DPM

**RAZORS EDGE PIZZA, INCORPORATED**                                    **DEFENDANT**

## **JOINT STATUS REPORT**

Plaintiffs Marquez Miller, individually and on behalf of all others similarly situated, and Defendant Razors Edge Pizza, Incorporated, by and through their respective undersigned counsel, and submit the following Joint Status Report in compliance with the Court's Final Scheduling Order, ECF No. 26.

1. Plaintiff has propounded written discovery as to himself and each opt-in Plaintiff. Discovery is still ongoing by mutual agreement between the parties.

2. Counsel for the parties have discussed the possibility of settlement but have not engaged in meaningful settlement negotiations yet. Plaintiff's counsel anticipates sending a written demand once they have completed their review of the time and pay records.

3. No Settlement Conference has been requested, scheduled, or conducted. The parties will discuss whether a settlement conference with a United States Magistrate Judge is appropriate and file the appropriate request on or before 8 January.

Respectfully submitted,

**MARQUEZ MILLER, Individually and on Behalf of All Others Similarly Situated, PLAINTIFF**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

Sean Short
Ark. Bar No. 2015079
sean@sanfordlawfirm.com

*/s/ Josh Sanford*
Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

**and    DEFENDANT RAZORS EDGE PIZZA, INCORPORATED**

WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201
Telephone: (501) 371-0808
Facsimile: (501) 376-9442

*/s/ Jane A. Kim*
Jane A. Kim
Ark. Bar No. 2007160
jkim@wlj.com