IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| MARQUEZ MILLER, Individually and on Behalf of All Others Similarly Situated | PLAINTIFF |
| VS. NO. 4:22-cv-00722-DPM | |
| RAZORS EDGE PIZZA, INCORPORATED | DEFENDANT |

**JOINT STATUS REPORT**

Plaintiff Marquez Miller, individually and on behalf of all others similarly situated, and Defendant Razors Edge Pizza, Incorporated, pursuant to the Court's Amended Final Scheduling Order—Collective Action (ECF Doc. 26), submit the following Joint Status Report:

1. The opt-in period in this action closed 19 July 2023; of the 255 potential collective members, 23 individuals timely joined the case as opt-in plaintiffs.

2. Defendant has produced approximately 500 pages of the named plaintiff's and the opt-in plaintiffs' payroll and mileage reimbursement records.

3. The parties recently initiated settlement discussions. Based on their current offers, the parties believe settlement is still possible through direct negotiations and that a settlement conference is not needed at this time.

                                                  Respectfully submitted,

| | |
|---|---|
| SANFORD LAW FIRM, PLLC | WRIGHT, LINDSEY & JENNINGS LLP |
| Kirkpatrick Plaza | 200 West Capitol Avenue, Suite 2300 |
| 10800 Financial Centre Pkwy, Suite 510 | Little Rock, Arkansas 72201-3699 |
| Little Rock, Arkansas 72211 | (501) 371-0808 |
| Telephone: (501) 221-0088 | FAX: (501) 376-9442 |
| Facsimile: (888) 787-2040 | E-MAIL: *jkim@wlj.com* |
| | |
| By: */s/ Sean Short* | By: Jane A. Kim (2007160) |
|     Sean Short | |
|     Ark. Bar. No. 2015079 |     *Attorneys for Defendant* |
|     *sean@sanfordlawfirm.com* | |
| | |
|     Josh Sanford | |
|     Ark. Bar No. 2001037 | |
|     *josh@sanfordlawfirm.com* | |
| | |
| *Attorneys for Plaintiff* | |