IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MARQUEZ MILLER, Individually and on**                                   **PLAINTIFF**
**Behalf of All Others Similarly Situated**


vs.                                   No. 4:22-cv-722-DPM


**RAZORS EDGE PIZZA, INCORPORATED**                                   **DEFENDANT**

### JOINT NOTICE OF SETTLEMENT

The purpose of this Notice of Settlement is to apprise the Court that Plaintiff and

Defendant have reached a settlement in principle that will resolve all claims in this lawsuit.

The parties are in the process of finalizing settlement terms and expect to file their

dismissal papers with the Court within thirty (30) days of the filing of this Notice of

Settlement. Should the parties be unable to file their dismissal papers by this date, they

will make an appropriate request for extension to the Court, if required, or provide a status

update. In light of their progress, the parties request that all deadlines be stayed pending

finalization of their settlement and that the current trial setting be cancelled and the case

passed for settlement.

Respectfully submitted,

**MARQUEZ MILLER, Individually
and on Behalf of All Others
Similarly Situated, PLAINTIFF**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

Sean Short
Ark. Bar No. 2015079
sean@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

**and    DEFENDANT RAZORS EDGE PIZZA,
INCORPORATED**

WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201
Telephone: (501) 371-0808
Facsimile: (501) 376-9442

*/s/ Jane A. Kim*
Jane A. Kim
Ark. Bar No. 2007160
jkim@wlj.com