IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT ARKANSAS
CENTRAL DIVISION

MARQUEZ MILLER, Individually and on                                          PLAINTIFF
Behalf of All Others Similarly Situated

VS.                              NO. 4:22-cv-00722-DPM

RAZORS EDGE PIZZA, INCORPORATED                                              DEFENDANT

**JOINT MOTION FOR APPROVAL
OF STIPULATED COLLECTIVE ACTION SETTLEMENT
AND TO DISMISS WITH PREJUDICE**

COME NOW Plaintiff Marquez Miller ("Named Plaintiff") and Defendant Razors Edge Pizza, Incorporated, by and through undersigned counsel, and for their Joint Motion for Approval of Stipulated Collective Action Settlement and to Dismiss with Prejudice, the Parties state:

1. Named Plaintiff filed suit against Defendant asserting individual and putative collective action claims for violation of the Fair Labor Standards Act (FLSA) and individual claims for violation of the Arkansas Minimum Wage Act (AMWA).

2. The Parties have reached an agreement to settle any claims arising out of the alleged failure to pay proper wages and overtime compensation to Settlement Collective Members for hours worked while employed by Defendant as hourly-paid Delivery Drivers during the time period of August 12, 2019 to July 19, 2023, subject to this Court's approval of the Collective Action Settlement Agreement and Release ("Agreement") attached as Exhibit 1 to this Joint Motion.

3204458-v1

2

3. The Settlement Collective consists of Named Plaintiff and 22 Opt-In Plaintiffs who filed timely consent to join forms and have claims for alleged estimated wages due for Delivery Driver hours worked within the applicable statute of limitations period.

4. The settlement, if approved, will result in Defendant paying to the Settlement Collective Members their offered individual amounts calculated in the manner set forth in the brief filed in support of this Joint Motion and as reflected in Appendix A to the Agreement. *See* Exhibit 1.

5. The Parties believe the Agreement is fair, reasonable, and adequate.

6. This Joint Motion is supported by a contemporaneously filed brief.

WHEREFORE, Plaintiff Marquez Miller and Defendant Razors Edge Pizza, Incorporated respectfully request that the Court approve their executed Collective Action Settlement Agreement and Release, dismiss this lawsuit with prejudice, and retain jurisdiction in this matter through the settlement administration period.

3

                                            Respectfully submitted,

| | |
|---|---|
| SANFORD LAW FIRM, PLLC | WRIGHT, LINDSEY & JENNINGS LLP |
| 10800 Financial Centre Parkway | 200 West Capitol Avenue, Suite 2300 |
| Suite 510 | Little Rock, AR  72201-3699 |
| Little Rock, Arkansas 72211 | (501) 371-0808 |
| Tel: 800-615-4946 | Fax: (501) 376-9442 |
| Fax: 888-787-2040 | Email: *jkim@wlj.com* |
| | |
| By: */s/ Sean Short* | By:  Jane A. Kim (2007160) |
|     Sean Short | |
|     Ark. Bar. No. 2015079 |     *Attorneys for Defendant* |
|     *sean@sanfordlawfirm.com* | |
| | |
|     Josh Sanford | |
|     Ark. Bar No. 2001037 | |
|     *josh@sanfordlawfirm.com* | |
| | |
|     *Attorneys for Plaintiff* | |