IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MARQUEZ MILLER, Individually and on
Behalf of All Others Similarly Situated          PLAINTIFF

v.          No. 4:22-cv-722-DPM

RAZORS EDGE PIZZA,
INCORPORATED          DEFENDANT

## ORDER

Joint motion, *Doc. 49*, granted. The proposed settlement is fair, reasonable, and adequate. *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982); *see also Barbee v. Big River Steel, LLC*, 927 F.3d 1024, 1027 (8th Cir. 2019); *Melgar v. OK Foods*, 902 F.3d 775, 779 (8th Cir. 2018). It reflects a good-faith compromise of the parties' wage-related dispute. And the parties negotiated the attorney's fees and costs separately. *Barbee*, 927 F.3d at 1027. The complaint will be dismissed with prejudice. The Court will retain jurisdiction for a time to enforce the parties' settlement. Judgment will issue.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

24 October 2024