IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MARQUEZ MILLER, Individually and on
Behalf of All Others Similarly Situated                          PLAINTIFF

v.                        No. 4:22-cv-722-DPM

RAZORS EDGE PIZZA,
INCORPORATED                                                     DEFENDANT

## JUDGMENT

The complaint is dismissed with prejudice. The Court retains jurisdiction until 17 December 2024 to enforce the parties' settlement.

_WPMarshall Jr._
D.P. Marshall Jr.
United States District Judge

24 October 2024